UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ROBERT EUGENE WATERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV407-035 |
| ) | |
| PRISON HEALTH SERVICES, ) | |
| and DR. JACKSON, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Robert Eugene Waters, an inmate at Chatham Detention Center, previously submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983, along with a motion to proceed *in forma pauperis*. Docs. 1, 2. In an order dated March 14, 2007, the Court granted Waters leave to proceed *in forma pauperis* and ordered him to submit within thirty days of that order a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. Doc. 4 at 4. The order further advised Waters that if he failed to

return the forms within the thirty-day deadline, the Court would presume that he desired to voluntarily dismiss his complaint without prejudice. Id. at 5.

Waters never returned the required forms. Because the thirty-day deadline expired more than six months ago, Waters' § 1983 complaint should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this 29th day of October 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA