ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV 28 AM 11:29

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT EUGENE WATERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-035 |
| PRISON HEALTH SERVICES, and DR. JACKSON, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of Nov, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA